IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ELIJAH SEGERS-MEIER,            )
                                )
            Petitioner,          )
                                )       1:21CV601
      v.                         )
                                )
WARDEN R. RAMOS,                )
                                )
            Respondent.          )

ORDER AND RECOMMENDATION

Petitioner, a federal prisoner, submitted a Petition under 28 U.S.C. § 2241 challenging a prison disciplinary conviction which resulted in the loss of good conduct time and an Application seeking to proceed *in forma pauperis*. Where a petitioner attacks the execution and not the imposition of a sentence, his petition invokes 28 U.S.C. § 2241. See Setser v. United States, 566 U.S. 231, 244 (2012); see also United States v. Wilson, 503 U.S. 329, 334-35 (1992). This includes challenges to prison disciplinary convictions which involve the potential restoration of good time credits. See, e.g., Lennear v. Wilson, 937 F.3d 257 (4th Cir. 2019).

However, the Court notes that in a § 2241 action challenging the execution of the sentence of a petitioner in physical custody within the United States, the petition should be filed in the district court of the district where the petitioner is in custody. See United States v. Miller, 871 F.2d 488, 489-90 (4th Cir. 1989) ("A claim for credit against a sentence attacks the computation and execution of the sentence rather than the sentence itself.

Judicial review must be sought under 28 U.S.C. § 2241 in the district of confinement rather than in the sentencing court."); see also Kanai v. McHugh, 638 F.3d 251, 255 (4th Cir. 2011) (citing Rumsfeld v. Padilla, 542 U.S. 426, 446-47 (2004)). This is also true of challenges to prison disciplinary convictions. See Lennear, 937 F.3d at 264 n.1. Here, it appears that Petitioner was incarcerated in the Eastern District of North Carolina at the time of filing of this Petition. Accordingly, this case should be transferred to that District.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation of transfer to the Eastern District of North Carolina.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE RECOMMENDED that this action be transferred to the Eastern District of North Carolina for further screening and review.

This, the 16th day of November, 2021.

/s/ Joi Elizabeth Peake
United States Magistrate Judge
